THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, against WILLIAM S. MILLER, as President of the Tax Commission of the City of New York, et al., Respondents.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.